JS-6

ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
CAROLINE L. ELKIN (SB# 209156)
carolineelkin@paulhastings.com
RYAN D. DERRY (SB# 244337)
ryanderry@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
DRIVETIME SALES AND FINANCE
CORPORATION, and DRIVETIME CAR SALES,
INC.

UNITED EMPLOYEES LAW GROUP, P.C.
WALTER L. HAINES (SB# 71075)
RICHARD W. GREENBAUM (SB# 93911)
VERONICA AGUILAR (SB# 153288)
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff
GEORGE IBRAHIM, NIDAL ALKHOURI, MAZEN QUALLA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE IBRAHIM, NIDAL ALKHOURI, MAZEN QUALLA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DRIVETIME SALES & FINANCE CORPORATION, an unknown business entity; DRIVETIME CAR SALES, INC., an Arizona corporation doing business in California; FERNANDO ACOSTA, and individual; and DOES 1-25,<br><br>Defendants. | CASE NO. CV08-0837 VAP (JWJx)<br><br>**[PROPOSED] ORDER RE: DISMISSAL AND STIPULATION TO SUBMIT CASE TO MANDATORY ARBITRATION**<br><br>Judge: Hon. Virginia A. Phillips |

LEGAL_US_W # 59420316.2

-1-

[PROPOSED] ORDER RE: DISMISSAL AND STIP TO SUBMIT CASE TO ARBITRATION

1  Upon consideration of the Joint Stipulation Re: Dismissal and
2  Agreement To Submit Case To Mandatory Arbitration entered into between the
3  parties, and good cause appearing, IT IS HEREBY ORDERED as follows:
4
5  Due to the parties' stipulation to proceed to binding arbitration, this
6  case is dismissed.  Each party shall bear its own costs.
7
8  **IT IS SO ORDERED.**
9
10  DATED: Aug 15    , 2008
11
12
13  _____
   Honorable Virginia A. Phillips
14  United States District Judge